<table>
<tr><td>
**UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>SAN ANTONIO DIVISION**
</td><td>
**FILED**<br>November 19, 2024<br>CLERK, U.S. DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>BY: _____NM_____<br>DEPUTY
</td></tr>
</table>

**ALEX LOPEZ,**

  **Plaintiff,**

**v.**

**PRO-VIGIL, INC.,**

  **Defendant.**

**CIVIL NO. SA-24-CV-1090-OLG**

## O R D E R

Pursuant to the Order staying this case pending the resolution of the parties' claims through arbitration, the Court hereby **ADMINISTRATIVELY CLOSES** this case. The Clerk of the Court is **ORDERED** to close this case upon entry of this Order. To the extent any issues remain after the conclusion of arbitration, any party may file a motion to reopen this case.

It is so **ORDERED**.

**SIGNED** this 19th day of November, 2024.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE